In the Matter of the General Assignment for the Benefit of Creditors of SCIENTIFIC SPECIALTIES CO., INC., to RICHARD J. CONNOLLY and MURRAY BERGER, Assignees. JEROME C. LEWIS, Substituted Assignee, Respondent. UNITED STATES OF AMERICA, Claimant, Appellant; AMERICAN BONDING COMPANY OF BALTIMORE and Another, Respondents.— Order, so far as appealed from, directing that the claims of the American Bonding Company and Fidelity and Deposit Company of Maryland are entitled to share the priority of the claims of the United States government and that the cash balance remaining in the hands of the substituted assignee should be equally distributed to the United States government, American Bonding Company and Fidelity and Deposit Company of Maryland, in the amounts of their claims, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ESTELLE WEINSTOCK, Appellant, v. SAMUEL L. LUBELL, Individually and as Trustee, etc., Respondent.— Order, so far as appealed from, denying plaintiff's motion for examination of defendant Samuel L. Lubell before trial as to items 5, 10, 11, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 25, 26 and 27 of the notice of motion, and for the production of books and records, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE BEEKMAN ESTATE, Appellant, v. WHITECOURT CONSTRUCTION CORPORATION and Others, Respondents, Impleaded with Others, Defendants.— Order denying plaintiff's motion for entry of judgment for $50,000 against defendants-respondents, upon a stipulation made in open court, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

KATE SCIALLIS, Respondent, v. 34–36 OAK STREET CORPORATION, Appellant, Impleaded with Others, Defendants.— Order denying motion of defendant-appellant to vacate receivership unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, with leave to renew, on the ground that there is no showing of the inadequacy of security. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

EUGENE L. BONDY and Others, Copartners, etc., Respondents, v. GUSTAVE SIMONS and ROSE SCHOPFLOCHER, Appellants, Impleaded with Another, Defendant.— Order for bill of particulars modified by striking out items 1 and 8 of plaintiffs' demand, and so much of item 4 of said demand as relates to particulars concerning " by whom " as specified in said item, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The bill of particulars to be served within twenty days after service of order. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.